UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-143-1 (4)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| JONATHAN MAURICE WYNN ) | |
| ) | |

The Grand Jury charges:

COUNT ONE

Beginning in or about January 2008, the exact date being unknown, and continuing up to and including the date of the Indictment, in the Eastern District of North Carolina and elsewhere, JONATHAN MAURICE WYNN, the defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown, to knowingly and intentionally distribute and possess with the intent to distribute two hundred eighty (280) grams or more of cocaine base (crack) and five (5) kilograms or more of cocaine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United State Code, Section 846.

1

## FORFEITURE NOTICE

The defendant is given notice of the provisions of Title 21, United States Code, Section 853, that all of the defendant's interest in all property specified herein is subject to forfeiture.

As a result of the foregoing offense contained in Count One of the ~~Information~~ INDICTMENT G-46, the defendant shall forfeit to the United States any and all property constituting, or derived from, any proceeds the said defendant obtained directly or indirectly as a result of the said offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense alleged in Count One of the ~~Information~~ INDICTMENT G-46, and any property traceable to such property. The property includes, but is not limited to:

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

   (1) cannot be located upon the exercise of due diligence;

   (2) has been transferred or sold to, or deposited with, a third person;

   (3) has been placed beyond the jurisdiction of the court;

   (4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21,

2

United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

_____
FOREPERSON

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

DATE: MAY 15, 2013

THOMAS G. WALKER
United States Attorney

*J—E Wells*
By: JENNIFER E. WELLS
Assistant United States Attorney