THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:13-CR-143-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | **MOTION OF DEFENDANT,** |
| ) | **JONATHAN MAURICE WYNN** |
| ) | **FOR CONTINUANCE OF** |
| JONATHAN MAURICE WYNN ) | **ARRAIGNMENT** |
| ) | |
| Defendant, ) | |

Now comes Defendant, Jonathan Maurice Wynn, by and through his attorney, R. Clarke Speaks, and respectfully moves this Honorable Court for an Order continuing the Arraignment in the above-captioned case from Tuesday, November 5, 2013 for the following reasons:

1. Counsel for Defendant filed a Notice of Appearance on this date, September 18, 2013.

2. Counsel for defendant needs additional time to review the voluminous discovery, meet with client, negotiate with the AUSA, discuss the possibility of a plea agreement with the United States Attorney's Office and/or prepare for Trial and perform guideline analysis.

3. Assistant United States Attorney Jennifer Wells does not oppose Defendant's motion.

Respectfully submitted this the 28th day of October 2013.

/s/ R. Clarke Speaks
Attorney for Defendant
Speaks Law Firm
2808 Market Street
Post Office Box 2823
Wilmington, NC 28402
(910) 341-7570
Fax (910)-341-7571
Clarke@speakslaw.com
State Bar No. 24538

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon:

Jennifer Wells
Assistant United States Attorney
310 New Bern Avenue
Suite 800
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on October 28, 2013 using the CM/ECF system.

This the 28th day of October, 2013.

By: /s/ R. Clarke Speaks
Attorney for Respondent
Speaks Law Firm, PC
2808 Market Street
Post Office Box 2823
Wilmington, NC 28402
(910) 341-7570
Fax (910)-341-7571
Clarke@speakslaw.com
State Bar No. 24538