THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:13-CR-143-F

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| | ) | |
| JONATHAN MAURICE WYNN, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the Defendant, Jonathan Maurice Wynn, and for good cause shown, the Arraignment is hereby continued from Tuesday, November 28, 2013, until _____.

It is further ordered that any delay that results from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(8)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

So ordered. This the _____ day of _____, 2013.

_____